AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | Case: 1:21-mj-00345 |
| --- | --- | --- |
| v. | ) | Assigned to: Judge Meriweather, Robin M. |
| Christian David Mandeville, | ) | Assign Date: 3/30/2021 |
| DOB: xx/xx/xxxx; PDID: xxx-xxx | ) | Description: COMPLAINT W/ARREST WARRANT |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 30, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 USC 112(a) | - Assault on a Foreign Official |
| 18 USC 112(a) | - Assault on a Foreign Official |
| 18 USC 111(a)(1) | - Assaulting, Resisting, or Impeding Certain Officers |
| 22 DC Code 3302(a)(1) | - Unlawful Entry of Private Property |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Jacob Pina, Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __03/30/2021__

_____
*Judge's signature*

City and state: __Washington, D.C.__   Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*