UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>CHRISTIAN DAVID MANDEVILLE, )<br>)<br>Defendant. )<br>) | Criminal No. 21-mj-345 (RMM) |

# ORDER

At the initial appearance of Defendant Christian Mandeville ("Defendant") held on March 31, 2021 before the undersigned Magistrate Judge, counsel for Defendant requested a forensic competency screening of Defendant for the reasons stated on the record. Pursuant to 18 U.S.C. § 4241 and for the reasons stated on the record by counsel for Defendant, it is hereby,

**ORDERED** that Defendant be examined by Dr. Grant, a psychologist for the District of Columbia Department of Behavioral Health, Pretrial and Assessment Branch ("DBH") for the purpose of a forensic screening for a preliminary assessment of Defendant's competency, and that after such examination a report be made to this Court as to:

(1) Whether Defendant is presently mentally competent to understand the proceedings against him and to properly assist in the preparation of his defense; and

(2) If the answer to the preceding question is in the negative, does the examining psychiatrist believe Defendant should be transferred to a mental facility for further examination and treatment?

The Court respectfully requests, but does not order, that the report generated as a result of this

initial screening be completed by Thursday, April 8, 2021, subject to the availability of staff resources to honor this request.

It is **FURTHER ORDERED** that Defendant be transported to the designated location for purposes of a competency evaluation at the date and time established by Dr. Grant.

It is **FURTHER ORDERED** that the Assistant United States Attorney assigned to this matter shall immediately submit the paperwork necessary to ensure the timely payment of the DBH for the forensic screening evaluation and report.  The assigned Assistant United States Attorney shall coordinate payment through the appropriate personnel in the United States Attorney's Office for the District of Columbia.

It is **FURTHER ORDERED** that the parties shall appear telephonically before the undersigned for a further hearing on this matter on Friday, April 9, 2021 at 4:30 p.m.

**SO ORDERED**.

_____
ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE