UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 1:21-mj-345 |
| : | |
| CHRISTIAN MANDEVILLE, : | |
| : | |
| Defendant. : | |

**CONSENT MOTION TO CONTINUE PRELIMINARY HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this Consent Motion to Continue the Preliminary Hearing in the above-captioned matter, currently scheduled for May 28, 2021, until June 28, 2021. In support thereof, the government states as follows:

1. On March 30, 2021, the defendant was charged by complaint with two counts of Assault on a Foreign Official in violation of 18 U.S.C. § 112(a), Unlawful Entry of Private Property in violation of 22 D.C. Code 3302(a)(1), and Assaulting, Resisting, or Impeding Certain Officers in violation of 18 U.S.C. § 111(a)(1).

2. On April 9, 2021, the defendant was released with conditions, including that he return to Arizona and engage in mental health treatment.

3. On April 28, 2021, the government filed a Motion to Exclude Time Under the Speedy Trial Act and advised that the government had extended a plea offer and provided the first round of discovery.

4. On May 7, 2021, the government filed a Consent Motion to Exclude Time under the Speedy Trial Act. In that motion, the government requested exclusion of time

1

from May 7, 2021 through May 28, 2021. The parties agreed to exclusion of time to facilitate review of discovery and consideration of the government's plea offer.

5. On May 17, 2021, the Court granted the above motions for exclusion of time and set a Preliminary Hearing for May 28, 2021 before Magistrate Judge Meriweather.

6. The parties continue to confer on a possible resolution to this case. The parties agree that exclusion of time from May 28, 2021 through June 28, 2021 best serves the interests and ends of justice and outweighs the interests of the public and the defendant in a speedy trial and indictment because excluding such time will afford the defendant and counsel for the defendant additional time to consider the plea offer and engage in further discussions with the government which may resolve this matter without the necessity of trial.

Wherefore, the parties respectfully request that the Court continue the Preliminary Hearing in this matter until June 28, 2021, or to a date after that date convenient to the Court's calendar.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By: *[signature]*
MARY A. FREEMAN
Wyoming Bar No. 7-5473
Special Assistant U.S. Attorney
Federal Major Crimes
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
Mary.Freeman@usdoj.gov
(202) 803-1628