UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) ) | Criminal. No. 21-345 (RMM) |
| v. | ) ) ) | |
| **CHRISTIAN MANDEVILLE** | ) ) ) | |

**UNOPPOSED MOTION TO CONTINUE THE PRELIMINARY HEARING
AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

Undersigned counsel, on behalf of defendant Christian Mandeville, moves unopposed to Continue the Preliminary Hearing and to Exclude Time under the Speedy Trial Act.

In support of the Motion undersigned counsel states:

1. On March 31, 2021, Mr. Mandeville appeared before Magistrate Judge Zia M. Faruqui charged in a criminal complaint with two counts of Assault on a Foreign Official in violation of 18 U.S.C. § 112(a), Unlawful Entry of Private Property in violation of 22 D.C. Code 3302(a)(1), and Assaulting, Resisting, or Impeding Certain Officers in violation of 18 U.S.C. § 111(a)(1). Pursuant to the government's request for pretrial detention, Mr. Mandeville was held without bond.

2. On April 9, 2021, Magistrate Judge Faruqui released Mr. Mandeville with permission to travel to his home in Phoenix, Arizona under the third party custodianship of his mother who travel to Washington, D.C. and appeared before the Court.  Since his release, Mr. Mandeville has been residing in Phoenix, Arizona. He has been fully compliant with the conditions set by Magistrate Judge Faruqui. Mr. Mandeville is scheduled to appear before the Court for a preliminary hearing on Friday, July 23, 2021.

3. The parties have made substantial progress in trying to resolve the case with a pre-indictment disposition. Plea proposals have been exchanged and the parties are close to deciding the parameters of the plea including the offense(s) of conviction. Another continuance will provide sufficient time for the parties to finalize the plea agreement, for the government to draft the plea documents and for Mr. Mandeville to review the agreement and consult with undersigned counsel.

4. Mr. Mandeville has been apprised of the reasons for continuing the July 23, 2021 preliminary hearing and he consents to the request. He understands his rights under the Speedy Trial Act, including his right to a timely preliminary hearing and for his case to be presented to a grand jury. Acknowledging those rights, he consents to excluding the period from July 23, 2021 to September 10, 2021 under the Speedy Trial Act. The exclusion of time best serves the interests and ends of justice, and outweighs the interests of the public and Mr. Mandeville in a speedy trial.

5. Government counsel, Ms. Tara Ravindra, has indicated that she does not oppose continuing the preliminary hearing and in excluding the relevant time period from the Speedy Trial Act.

Wherefore, undersigned counsel on behalf of Christian Mandeville moves unopposed to continue the Preliminary Hearing scheduled on July 23, 2021 to September 10, 2021. Mr. Mandeville further request that the time from July 23, 2021, through and including September 10, 2021, be excluded in this case for purposes of any computation under the Speedy Trial Act.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550

Washington, D.C. 20004
(202) 208-7500